**To:**  Timothy Harvey

**Case No.:** 3:19-cv-380

### General

| |
|---|
| No payment submitted. |
| Amount due: |
| Attorney not registered for CM/ECF |
| |

### Complaints

| |
|---|
| Cover sheet not included |
| Summons not completed or filled out improperly |
| Incorrect party name added |
| Incorrect party role |
| Incomplete name |
| Name in all caps |
| Address information should not have been entered |
| Incorrect cause of action chosen |
| Incorrect nature of suit chosen |
| Wrong division chosen |

### Other filings -- Doc. No.:

| |
|---|
| Filed in wrong case |
| Wrong event used |
| s/signature missing |
| Original signature not in compliance with ECF Rule 6 |
| Multi-part motion not selected |
| Attachment should be filed separately |
| Blank pages |
| Page orientation wrong |
| Discovery documents improperly filed (See FRCP 5(d)) |
| Proposed agreed order: joint motion required (See ECF Rule 4.8) |
| Copyright/Patent form not filed (See LR 3.1.1) |
| Other: |

**Action to be taken:** Please use the Application to Proceed In Forma Pauperis (Non Prisoner) located under forms on our website. The application must be filed separately from the complaint as a "Motion to Proceed In Forma Pauperis" located under the motions category. Please correct and refile in order to process the complaint

Informational only: ☐